AO 93 (Rev. 11/13) Search and Seizure Warrant

# SEALED

## UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* 825 N 43rd Street, Omaha, Nebraska 68131 | Case No. 8:17MJ366 |

**FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2017 NOV -7 PM 12:49 OFFICE OF THE CLERK**

### SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Nebraska____
*(identify the person or describe the property to be searched and give its location):*

See Attachemt A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___Nov 1, 2017___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___F. A. Gossett, III, U.S. Magistrate Judge___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___10/20/17  2:43PM___                              _____
                                                                                                        *Judge's signature*

City and state:   Omaha, Nebraska                                           F. A. Gossett, III, U.S. Magistrate Judge
                                                                                                  *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 8:17MJ366 | Date and time warrant executed: 10/24/2017  9:00 a.m. | Copy of warrant and inventory left with: Thomas Beatty |

Inventory made in the presence of: Thomas Beatty

Inventory of the property taken and name of any person(s) seized:

see attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/7/2017

*Executing officer's signature*

Paul Beekhuizen  Postal Inspector
*Printed name and title*

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: ___/___

Subject Name: Thomas Beatty, Jr.
Date: 10/24/17
Subject Address: 825 N 43rd St, Omaha
Floor/Room No.: ____
Inspector(s): P. Beekhuizen
Case No.: 2502358

Safe: ___ Cabinet: ___ Credenza: ___ Desk: ___ Drawer: ___
Shelf: ___ Table: ___ Wall: ___ Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | Samsung Phone |
| 1 | Apple Macbook Pro Laptop Computer w/ cord |
| 1 | HP Pavillion 21 Computer / Screen w/ cord |
| 1 | Box sports cards / tools / holders / cleaner / notebook |
| 1 | Box sports cards |
| 1 | 1 Cox box containing baseball cards & sleeves |
| 1 | 2 Various documents / sports cards / holders / counterfeit money |
| 1 | HP Computer Serial X1696072 w/ attach USB d power |
| 1 | Datebook - black, containing financial documents |
| 1 | Various counterfeiting tools / cards |
| 1 | Various counterfeiting tools / cards |
| 1 | Various counterfeiting tools / cards |
| 1 | HP All-in-One Printer CN08CC44X5 |
| 1 | White crystal powder |
| 1 | White pills, counterfeit memorabilia, syring w/ yellow liquid pill bottle green leafy |
| 1 | Various counterfeit cards |
| 1 | Various tools, sports cards |
| 1 | HP Computer 8CC6220F0B power cord thumb drive |
| 1 | Western Digital external hard drive w/ cord |

DISTRIBUTION OF COPIES: White- U.S. Magistrate (Return with Warrant)
Yellow- Inspector (Attach to PS Form 714)
Pink- Subject Searched
Green- Evidence Control Officer (Attach to PS Form 714)

Page 1 of 2 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Thomas Beatty, Jr.  Date: 10/24/17

Subject Address: 825 N 43rd St Omah- Floor/Room No. _____

Inspector(s): P Beekhuizen  Case No. 2502358

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | HP Mobile Printer w/ cord |
| 1 | various counterfeit tools & items in production |
| 1 | tools, counterfeit items in production |
| 1 | cards in production, various documents, counterfeit currency |

10/24/17 PAB

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page 2 of 2 pages

PS Form 8164, October 1993

## ATTACHMENT A – PROPERTY TO BE SEARCHED

The entire property known as 825 N 43rd Street, Omaha, Nebraska 68131, is further described as a single story yellow house with brown trim. The house number 825 is near the front door of the house. A detached tan garage is also on the property.

Any vehicles or trailers on the property.

Any and all electronic devices, as further described in Attachment B.

## ATTACHMENT B – ITEMS TO BE SEIZED

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, in violation of Title 18 USC Section 1341 (mail fraud) and Title 18 USC Section 472 (counterfeit obligation or security):

1. Proceeds of the scheme, including cash and negotiable instruments.
2. Sports cards and any items relating to sports cards, including plastic holders, authentication documents, and black inserts that are inserted in plastic sports card holders.
3. Tools that could be used to open sealed plastic sports card holders, including, but not limited to, heating tools, blades, and knives.
4. Records, receipts, documents, mailings, transactional data, ledgers, bank account documents, notes, and information in relation to the scheme to defraud.
5. Computers, cell phones, electronics, and storage media used as a means to commit the violations described above.
6. For any computer, cell phone, electronic device, and storage medium whose seizure is otherwise authorized by this warrant, and any computer, cell phone, electronic device, and storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):
    a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents,

   browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c. evidence of the lack of such malicious software;

d. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

e. evidence indicating the computer user's state of mind as it relates to the crime under investigation;

f. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g. evidence of programs (and associated data) that are designed to eliminate data from the COMPUTER;

h. evidence of the times the COMPUTER was used;

i. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

j. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

    k. records of or information about Internet Protocol addresses used by the COMPUTER;

    l. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

    m. contextual information necessary to understand the evidence described in this attachment.

7. Routers, modems, and network equipment used to connect computers to the Internet.

8. Printers, scanners, copy machines, and any item used to duplicate documents.

9. Records, information, and items relating to violations of the statutes described above, including:

    a. Records, information, and items relating to the occupancy or ownership of 825 N 43rd Street, Omaha, NE 68131, including utility and telephone bills, mail envelopes, or addressed correspondence; records, information, and items relating to the ownership or use of computer equipment found in the above residence, including sales receipts, bills for Internet access, and handwritten notes; and

    b. Records and information relating to the identity or location of the persons suspected of violating the statutes described above.

10. As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or

other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies). The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware. The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.